McCarthy Law PLC
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: 602-456-8900
Fax: (602) 218-4447
Devan.michael@mccarthylawyer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AISHA JOHNSON (HOWARD)<br>Plaintiff,<br><br>v.<br><br>ACCEPTANCE RENTALS, INC. and EQUIFAX, INC.<br>Defendants. | CASE NO.: 6:17-cv-513-ORL-28-DCI<br><br>**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 *et seq.*)** |

**COMES NOW** Plaintiff, AISHA JOHNSON (HOWARD) ("Plaintiff"), by and through counsel undersigned, and for its cause of action against Defendants above-named alleges as follows:

1. That Plaintiff is, and was at all times hereinafter mentioned, a resident of Orange County, Orlando, Florida.

2. That, on information and belief, Defendant, ACCEPTANCE RENTALS INC. ("Acceptance"), is not a corporation registered with the Division of Corporations, State of Florida, but, at all times relevant hereto, was registered and licensed to do business in its principal place of business in Georgia located at: 6588 Dawson Blvd., Norcross, Georgia, 30093.

3. That, on information and belief, Defendant Acceptance is, and at all times relevant hereto was, regularly doing business in the State of Florida.

4. That, on information and belief, Defendant, EQUIFAX, INC. ("Equifax"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Florida and has designated the following registered statutory agent: The Prentice Hall Corporation System, Inc., 1201 Hays Street, Suite 105, Tallahassee, Florida 32301.

5. That, on information and belief, Defendant Equifax is, and at all times relevant hereto was, regularly doing business in the State of Florida.

6. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Florida.

7. That Plaintiff is a consumer and victim of inaccurate reporting by Defendants, and has suffered particularized and concrete harm.

8. That Plaintiff has only ever had one account with Defendant Acceptance ("Account").

9. That Defendant Acceptance is reporting two derogatory, charge off accounts on Plaintiff's consumer credit reports where there should only be one reporting of the Account.

10. That the balance owed on the accounts is the same - $2,976.00. The loan type is the same – Lease. The account type is the same – Installment. The account responsibility is the same – Individual Account. The account status is the same – Charge Off.

11. That Plaintiff sent a validation of debt request to Defendant Acceptance seeking more information as to the duplicate reporting.

12. In response to Plaintiff's validation of debt request, Defendant Acceptance provided the original "Lease Purchase Disclosure and Terms of Agreement" for the Account, which clearly depicts there being only one Acceptance account associated with Plaintiff. That Defendant Acceptance also provided the "Payment History Report," "Payment – User" sheet, and "Contract – User" sheet, all of which show only one account associated with Plaintiff's name.

13. That Defendant Acceptance is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

14. That Defendant Equifax is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

15. On September 28, 2016, Plaintiff sent a written dispute letter to Defendant Equifax regarding the accuracy of the derogatory information reported by Defendant Equifax.

16. That Defendant Acceptance willfully failed to correct the inaccurate reporting of the Account to Defendant Equifax in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900

Johnson (Howard) v. Acceptance Rentals, Inc., et al.

2
COMPLAINT

17. That Defendant Acceptance is willfully reporting derogatory and inaccurate information about Plaintiff to Defendant Equifax, as defined by 15 U.S.C. § 1681a.

18. That Defendant Equifax failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.

19. That Defendant Equifax failed to conduct a reasonable reinvestigation in violation of 15 U.S.C. § 1681i (a)(1)(A) and to the detriment of the consumer Plaintiff.

20. That Defendant Equifax willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's consumer credit reports in violation of 15 U.S.C. § 1681e.

21. The foregoing acts and omissions of Defendants Acceptance and Equifax constitute unacceptable violations of the FCRA.

**WHEREFORE**, Plaintiff seeks a reasonable and fair judgment against the Defendants for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendants' willful violation;

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the Court may deem just and proper in the circumstances.

Respectfully submitted this 17th day of March, 2017.

MCCARTHY LAW PLC

Devan E. Michael, Esq. (Bar #032803)
*Attorney for Plaintiff*
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, Arizona 85251
devan.michael@mccarthylawyer.com
(602) 559-9508

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Johnson (Howard) v. Acceptance Rentals, Inc., et al.

3
COMPLAINT