# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AISHA JOHNSON (HOWARD)<br>   Plaintiff,<br><br>v.<br><br>ACCEPTANCE RENTALS, INC. and<br>EQUIFAX, INC.<br>   Defendants. | CASE NO.: 6:17-cv-00513-JA-DCI<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff AISHA JOHNSON (HOWARD) ("Plaintiff"), by and through her undersigned counsel, hereby notifies the Court that the Plaintiff has reached a settlement with Defendant EQUIFAX, INC. ("Equifax") in the above-referenced matter. The parties are in the process of finalizing the settlement, whereupon the Plaintiff will move for dismissal with prejudice. The Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

  Respectfully submitted this 20th day of July, 2017.

               *By: /s/ Devan E. Michael*
               Devan E. Michael
               AZ Bar # 032803
               MCCARTHY LAW PLC
               4250 N. Drinkwater Boulevard, Suite 320
               Scottsdale, AZ 85251
               Phone: 602-456-8900
               Fax: 602-218-4447
               devan.michael@mccarthylawyer.com
               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/Devan Michael