# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AISHA JOHNSON (HOWARD),

    Plaintiff,

v.                                           Case No: 6:17-cv-513-Orl-28DCI

ACCEPTANCE RENTALS, INC. and
EQUIFAX, INC.,

    Defendants.

_____

## ORDER

This case having been transferred to the Northern District of Georgia (Doc. 35), the Clerk of the Court is directed to close this file.

**DONE and ORDERED** in Orlando, Florida, on July 2Y, 2017.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record